IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY ALEXANDER,<br><br>    Plaintiff,<br><br>vs.<br><br>MIDLANDS PACKAGING CORPORATION, a Nebraska Corporation;<br><br>    Defendant. | 4:13CV3076<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

  Counsel in their Stipulation for Dismissal With Prejudice, ECF No. 12, filed today, have requested that I dismiss the complaint with prejudice and with each party to bear his or its own costs.

  IT IS ORDERED that:

  1. the Stipulation for Dismissal with Prejudice, ECF No. 12, is adopted; and

  2. the complaint is dismissed in its entirety, with prejudice and with each party to bear his or its own costs.

Dated July 26, 2013.

                BY THE COURT

                */s/ Warren K. Urbom*

                Warren K. Urbom
                United States Senior District Judge